# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Kadum Hunter Harwood<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-mj-274 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 4, 2023__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 844(j) | Arson |
| 18 USC § 924(c)(1)(A)(iii) | Discharging a Firearm During and in Relation to a Crime of Violence |
| 18 USC § 1952 | Traveling in Interstate Commrce to Promote or Carry on Arson |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Heidi Fuller, attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Heidi Ann Fuller, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 11, 2023

_____
*Judge's signature*

City and state: Chattanooga, TN

US Magistrate Judge Christopher H. Steger
*Printed name and title*