UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:23-mj-274 |
| ) | |
| KADUM HUNTER HARWOOD ) | FILED UNDER SEAL |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. I, Heidi Ann Fuller, Special Agent of the Federal Bureau of Investigation assigned to the Knoxville Division, Chattanooga Resident Agency, being duly sworn, hereby state:

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 1, 2020. I am currently assigned to the Knoxville Field Division at the Chattanooga Resident Agency of the FBI and conduct criminal investigations of individuals for violations of federal laws, particularly those laws found in Title 18, United States Code. I have received training at the FBI Academy in Quantico, Virginia, including training on criminal case management. I have participated in numerous investigations, including the execution of arrest warrants. I have had experience interviewing defendants, witnesses, and other individuals who have personal knowledge of criminal activity. Prior to my employment with the FBI, I was in the United States Air Force for six years serving as a Cryptologic Language Analyst.

3. During my time in the FBI, I have gained training and field experience in a variety of investigative and legal matters, including violations of federal law associated with terrorism related offenses, including arson, firearms offenses, and violations involving arsons of property involved in interstate commerce. I am a federal law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by the Attorney General to carry firearms,

execute warrants, make arrests for offenses against the United States, and to perform other duties authorized by law.

4.  This affidavit is made in support of a complaint against Kadum Hunter Harwood, date of birth July 14, 1994, for violations of Title 18, United States Code, Sections 844(i) (arson), 924(c)(1)(A)(iii) (discharging a firearm during and in relation to a crime of violence), and 1952 (traveling in interstate commerce to promote or carry on arson).

5.  The statements set forth in this affidavit are based upon my training and experience, consultation with other experienced investigators and Agents, and investigative reports and documents. This affidavit is intended to set forth probable cause in support of a complaint and does not purport to set forth all of my knowledge regarding the investigation.

6.  On September 4, 2023, at approximately 02:15 hours, Chattanooga Fire Rescue and Police responded to a fire alarm at the Chattanooga Masonic Center located at 551 W 21st Street. Upon arrival, responders saw the Masonic Center's sprinkler system was activated and the building smelled strongly of fire accelerant, and it had been affected by fire damage, water damage from the sprinklers, and destructive vandalism. They also found a .50-caliber ammunition round casing in the parking lot.

7.  The Chattanooga Masonic Center had video surveillance cameras set up on the exterior and interior of their building. At approximately 01:50 hours on September 4, 2023, a person later identified as Harwood was seen on video surveillance camera driving his blue Toyota Land Cruiser to front entrance of the Chattanooga Masonic Center. Harwood exited the vehicle, wearing a light blue t-shirt, grey shorts, and light blue high-top shoes. His hair was shoulder-length, and he had facial hair.

2

8. In the video, Harwood knocked down items in front of the Masonic Center, retrieved a chain from the rear of his vehicle, and attached the chain to the front glass doors of the Masonic Center and the front bumper of his Toyota. He then re-entered his vehicle and drove in reverse, causing the doors to be broken open. Harwood then entered the building, picked up a piece of furniture and threw it outside on the ground, causing it to shatter. He then went inside the Masonic Center for approximately two minutes where he used a sledgehammer to destroy items and furniture.

9. Harwood next took from his vehicle a large container of what appeared to be gasoline or some other type of fire accelerant and brought it inside the building, then he retrieved firewood from his vehicle and brought it inside the building. He placed the firewood near items he destroyed inside and pulled down surrounding drapery over the firewood.

10. Harwood then retrieved from his vehicle a chainsaw with an orange and white handle, and used it to cut the bushes in the front of the building. He then entered the building for approximately four minutes where he knocked down tables, chairs, and other furniture. He also took more drapery and placed it over the firewood and broken furniture. He then retrieved accelerant and tissues from his vehicle and dispersed it over the firewood and drapery inside. He lit a piece of paper on fire and dropped it over the pile of accelerant, firewood, broken furniture, and drapery that he had assembled. This caused a large fire to ignite inside the Masonic Center. He pulled down more of the surrounding drapery and fed it to the fire in an apparent effort to grow the fire.

11. Harwood then collected his sledgehammer, accelerant, and chainsaw and placed them back inside the vehicle. Then he brought the accelerant back out, poured it all over the bushes he previously cut with the chainsaw, and placed more paper around the bushes. Using a

lighter from his pocket, he lit a piece of paper on fire, and placed it down on the bushes, igniting a fire on the building's exterior.

12. Harwood then went back to his vehicle, brought out what is now known to be his Smith & Wesson .50-caliber revolver, shot a single shot at the Masonic Center he had lit on fire, and returned to his vehicle. He brought a beer can out, drank some, and set it down by the front entrance. At approximate 02:15 hours, Harwood drove his Toyota out of range of the surveillance video camera and off the premises of the Masonic Center while the interior and exterior fires continued to burn.

13. Agents discovered posts via Twitter account, "@cumminsordie" wherein Harwood conveys his disappointment that the Chattanooga Masonic Lodge did not completely burn down. On September 4, 2023, Harwood posted "the ol chatty fire protection came in nice for yall FM last night yall should be thanking ya boy ARC…For that fucking dump not burning to the ground like i intended." This information was also given to agents via Harwood's former friend, discussed below.

14. Before this incident, on August 28, 2023, law enforcement interviewed a former friend of Harwood who previously lived with Harwood for around a year.[1] According to that former friend, Harwood carries a Smith & Wesson .50-caliber revolver. And, that former friend said Harwood has many firearms and explosive-making materials in his home, and stores the firearms in his home, garage, and other buildings on his property. The former friend works for a fire protection company and specializes in sprinkler systems.

---

1. The former friend is a reputable source, identified to law enforcement, who was not paid for their information.

4

15. On September 4, 2023, Harwood was arrested in Catoosa County, Georgia. Law enforcement in Catoosa County, Georgia, observed Harwood at a grocery store parking lot, sitting inside the Toyota Land Cruiser seen in the surveillance video described above. Harwood was the only person in the vehicle. Law enforcement arrested Harwood based on arrest warrants issued in Tennessee. During the arrest, law enforcement saw through the windows (in plain view) a chain, chainsaw, and sledgehammer that appeared to be the same ones as in the surveillance video at the Chattanooga Masonic Center. There was also a black rectangular lighter in the vehicle. Post arrest, after being fully advised of his constitutional rights, Harwood waived his rights and agreed to talk to Agents. Harwood told Agents he uses the twitter name "@cumminsordie." Harwood also told Agents he enjoys going for night drives using his Toyota Land Cruiser.

16. On September 4, 2023, the Honorable Walter E. Johnson authorized a search warrant for 96 Harris Street, Graysville, Georgia 30726. During the execution of the search warrant, agents located a Smith & Wesson .50-caliber revolver inside Harwood's home, as well as the light blue t-shirt, grey shorts, and light blue high-top shoes that he is seen wearing in the video described above. Harwood is the only person who resides at the 96 Harris Street home.

17. The Chattanooga Masonic Center is a fraternity group centered on improving the community, through brotherhood and fundraising. Masonic Centers refer to their buildings and collective members as lodges. The Chattanooga Masonic Center has members who reside in Georgia but pay their membership dues to the Center located in Chattanooga, Tennessee. In addition, The Chattanooga Masonic Center charges fees to various out-of-state groups and other Masonic Lodges to use their space for gatherings, meetings, and conferences.

18. Harwood traveled across state lines from his home located in Graysville, Georgia, to the Chattanooga Masonic Center, located in Chattanooga, Tennessee, to light it on fire. He then re-entered Georgia where he was arrested on state charges stemming from his setting the fire in Hamilton County, Tennessee.

19. Based upon the foregoing, I believe there is probable cause to arrest Harwood for violations of 18, United States Code, Sections 844(i), 924(c)(1)(A)(iii), and 1952.

Respectfully submitted,

Heidi Ann Fuller
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on September 11, 2023.

HON. CHRISTOPHER H. STEGER